THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON BLAKE ROBERTSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JASEN BOHINSKI, et. al. | : | No. 24-1488 |

**O R D E R**

AND NOW, this 10th day of February 2026, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

    1.    The Report and Recommendation is APPROVED and ADOPTED.[1]

    2.    The petition for a writ of habeas corpus is DISMISSED AS UNTIMELY.

    3.    There is <u>no</u> basis for the issuance of a certificate of appealability.

    4.    The Clerk of Court is DIRECTED to close this matter.

BY THE COURT:

__/s/ *John Milton Younge*_
JOHN M. YOUNGE, J.

---

[1]Pro Se Petitioner did not file an objection to Judge Hey's Report and Recommendation. Therefore, the Report and Recommendation is unopposed.